IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

KEVIN R.,

          Plaintiff,

v.                                                                  CIVIL ACTION NO. 2:22-cv-00351

KILOLO KIJAKAZI,
*Acting Commissioner of Social Security*,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

      By *Standing Order* (Document 3) entered on August 24, 2022, this action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  On July 31, 2023, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 11) wherein it is recommended that this Court deny the Plaintiff's request to reverse the Commissioner's decision, grant the Commissioner's request to affirm her decision, affirm the final decision of the Commissioner, and dismiss this matter from the Court's docket.  Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by August 14, 2023.

      Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*.  The Court is not required to review, under a *de novo* or any other standard, the

factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.  See *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *see also Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983) (holding that districts courts may adopt proposed findings and recommendations without explanation in the absence of objections).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Plaintiff's request to reverse the Commissioner's decision (Document 9) be **DENIED**, the Commissioner's request to affirm her decision (Document 10) be **GRANTED**, the final decision of the Commissioner be **AFFIRMED**, and this matter be **DISMISSED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this *Memorandum Opinion and Order* to Magistrate Judge Tinsley, counsel of record, and any unrepresented party.

ENTER:   August 16, 2023

*signature*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA